THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph N.
 Clinton, Appellant.
 
 
 

Appeal From Lancaster County
Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No. 2008-UP-682
Submitted December 1, 2008  Filed
 December 10, 2008    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Douglas A. Barfield, of Lancaster, for Respondent.
 
 
 

PER CURIAM:  Joseph N. Clinton appeals his convictions of
 possession with intent to distribute crack-cocaine and distribution of
 crack-cocaine, and concurrent sentences of eight years for each conviction.  Clinton argues the trial court erred by admitting drug analysis reports into evidence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Clintons
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.